# MALOOF BROWNE & EAGAN LLC

THOMAS M. EAGAN

411 Theodore Fremd Ave., Suite 190
Rye, New York 10580
Telephone (914) 921-1200
Telecopier (914) 921-1023
E-mail: teagan@maloofandbrowne.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/20/12

September 19, 2012

**Via Fax – 1 page**
Hon. John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Tel: (212) 805-0107
Fax: (212) 805-7912

RECEIVED SEP 19 2012 CHAMBERS OF JOHN G. KOELTL U.S.D.J.

Re: *Dutch Marine Insurance B.V. v. Sunteck Transport Co., Inc., and Emily Transport Inc.*
Docket No.: 12 Civ. 0442 (JGK).
Our Ref: 0350.06

Dear Judge Koeltl:

We are attorneys for Plaintiff Dutch Marine Insurance B.V. ("Dutch Marine").

In connection with Plaintiff's motion for summary judgment (D.E. #29), Defendant Emily Transport Inc. has submitted a 36-page memorandum in opposition/in support of its cross-motion.

We respectfully request permission to file a reply/opposition brief up to 18 pages in length in order to properly address the issues raised.

We thank the Court for its kind consideration in this matter.

Respectfully Submitted,

Thomas M. Eagan

TME/bc
cc: **Via E-Mail**
William D. Bierman, Esq. - wbierman@nakblaw.com
Thomas C. Martin, Esq. - tmartin@nakblaw.com
Danielle S. Kaminski, Esq. - dkaminski@chartwelllaw.com
Kenneth D. Goldberg, Esq. - kgoldberg@chartwelllaw.com

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
9/19/12

F:\WP-DOCS\0350.06\CORRESPONDENCE\091912 TME Ltr to J. Koeltl.doc